UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robboe Philadelphia James Roberson, Civ. File No. 01-2116 (PAM/JMM)

Plaintiff,

v. **ORDER**

State of North Dakota,

Defendant.

---

This matter is before the Court on the Report and Recommendation of Magistrate Judge John M. Mason filed November 27, 2001. Plaintiff filed timely objections to that Report and Recommendation. The Court must conduct a de novo review of any portion of the Magistrate Judge's opinion to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Local Rule 72.1(c)(2). Based on a review of the record and the submissions of the parties, the Court adopts the Report and Recommendation.

As Magistrate Judge Mason noted, the papers filed by Plaintiff in this matter, including the instant objections, are almost completely unintelligible. Moreover, the objections contain several threats against judges of this Court and of the courts of North Dakota. For example, on page 10 of the objections, Plaintiff threatens to "cut all your throats on the TV." Plaintiff is clearly disturbed by what he perceives as mistreatment at the hands of state officials during his trial and incarceration. However, Plaintiff would be well advised to eliminate vituperative language and threats in his submissions to this, or any,

FILED DEC 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 18 2001
DEPUTY CLERK

Court. Such language will not help Plaintiff secure the relief he seeks.

As the statute requires, the Court has conducted a de novo review of the record regarding Magistrate Judge Mason's Report and Recommendation. See 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review, the Court concludes that the Magistrate Judge correctly determined that Plaintiff's Complaint should be summarily dismissed. Therefore, the Court **ADOPTS** the Report and Recommendation.

Accordingly, based upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees (Clerk Doc. No. 3) is **DENIED**;
2. Plaintiff's Complaint (Clerk Doc. No. 1) is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1);
3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $150.00, in accordance with 28 U.S.C. § 1915(b)(2); and
4. Pursuant to 28 U.S.C. § 1915(g), this action is **DISMISSED** on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted.

Dated: December 17, 2001

Paul A. Magnuson
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995